# Exhibit A

# E11EVEN MIAMI

*Cataleya Mya*

## DANCER PERFORMANCE LEASE

**NOTICE: THIS IS A LEGAL CONTRACT. DO NOT SIGN IT UNLESS YOU FULLY UNDERSTAND ALL OF ITS TERMS (AND PLEASE NOTE THAT THIS CONTRACT CONTAINS AN AGREEMENT TO INDIVIDUALLY ARBITRATE DISPUTES AND CLAIMS, WHICH IS FOUND IN PARAGRAPH 21). IF YOU HAVE ANY QUESTIONS, FEEL FREE TO TALK TO THE CLUB'S GENERAL MANAGER. WE SUGGEST THAT BEFORE SIGNING, YOU HAVE THIS CONTRACT REVIEWED BY AN ATTORNEY, ACCOUNTANT, OR OTHER PERSON OF YOUR CHOICE. IN ADDITION, EVEN IF YOU PREVIOUSLY SIGNED A SIMILAR CONTRACT, READ THIS ONE OVER CAREFULLY AS IT MAY BE DIFFERENT FROM THOSE YOU MAY HAVE SIGNED IN THE PAST.**

This Dancer Performance Lease (referred to as "**Lease**") is entered into by the "**Club**" and "**Entertainer**" (collectively the "parties," with each being a "party") to permit **Entertainer** to use certain portions of the "**Premises**." The "**Club**," "**Entertainer**," and "**Premises**" are identified on the last page of this **Lease**.

**PURPOSE OF LEASE:**

The **Club** operates an entertainment facility on the **Premises**. **Entertainer**, who is engaged in the independently established trade and occupation of professional exotic dance entertainer, and who runs her own business that provides such entertainment services and is licensed to do so (if legally required), desires to obtain the right to use certain areas of the **Premises** for her professional activities.

**TERMS OF LEASE:**

**Club** and **Entertainer** agree as follows:

1. **Leasing of Premises/Term.** The **Club** grants to **Entertainer** the right, during normal business hours, to jointly, along with other entertainers, use the stage areas and certain other portions of the **Premises** designated by the **Club**. This **Lease** begins today and ends on the earlier of: A) January 15, 2019; or B) a termination date as provided for in paragraph 18.

2. **Club's Additional Obligations.** The **Club** shall:

    A. Provide, at its own expense, music for use on the **Premises**, lighting, and dressing room facilities, and pay all copyright fees due relative to that music; and

    B. Reasonably advertise the business for the benefit of both **Entertainer** and the **Club**. This does not, however, prohibit **Entertainer** from advertising her services in any manner she so desires.

3. **Subleasing.** This **Lease** is personal in nature. This means that **Entertainer** has no right to sublease or to assign any of her rights or obligations in this **Lease** to any other person without the written consent of the **Club**.

4. **Non-Exclusivity.** **Entertainer's** obligations under this **Lease** are non-exclusive. She is free to perform at any other businesses or venues.

5. **Use of Premises.** **Entertainer** agrees to:

    A. Perform, as is legally permitted, clothed, semi-nude ("topless"), and/or nude dance entertainment;

    B. Obtain, keep in effect, and have in her possession at all times while she is on the **Premises**, any and all required licenses and/or permits;

    C. Read, understand, comply with, and not violate, any and all laws that apply to **Entertainer's** conduct while on the **Premises**, and provide only lawful entertainment services (violations of the law are beyond the scope of authority under, and constitutes a breach of, this **Lease**);

    D. Maintain accurate daily records of all income, including tips, earned while performing on the **Premises**, in accordance with all taxation laws; and

    E. Pay for any damages she causes to the **Premises** and/or to any of the **Club's** personal property.

6. **Compliance with Rules.** The **Club** may impose rules upon the use of the **Premises** by **Entertainer** as the **Club** deems necessary in order to ensure that: A) no damage to the **Club's** property occurs; B) the **Premises** are used in a safe fashion for the benefit of all entertainers, patrons, employees, and others; and C) no violations of the law occur. **Entertainer** agrees to comply with all such rules.

7. **Nature of Performance and Costuming.** The **Club** has no right to direct or control the nature, content, character, manner or means of **Entertainer's** entertainment services, her performances, or the costumes/wearing apparel she selects. **Entertainer** shall supply all of her own costumes and wearing apparel, which must comply with all applicable laws.

8. **Intellectual Property.** **Entertainer** retains all intellectual property rights to her performances, stage name and likeness, unless assigned by her in writing.

9. **Nature of Business.** **Entertainer** understands: A) That the nature of the **Club's** business is, in part, adult entertainment; B) that she may be subjected to partial and/or full nudity (depending upon the law) and explicit language; and C) that

she may be subjected to advances by customers, to depictions or portrayals of a sexual nature, and to similar types of behavior. **Entertainer** represents that she is not and will not be offended by, and she assumes any and all risks associated with, being subjected to such matters.

10. **Privacy.** Privacy and personal safety are important concerns to **Entertainer**. Accordingly, the **Club** shall not knowingly disclose to any persons who are not associated with the **Club Entertainer's** legal name, address, or telephone number, except upon prior written authorization of the **Entertainer** or as may be required by law.

11. **Entertainment Fees/"Scrip."** In consultation with entertainers who lease space on the **Premises**, the **Club** shall establish fixed fees as the price for certain personal performances (referred to as "Entertainment Fees"), that are set forth on Exhibit A to this Lease. **Entertainer** agrees not to charge a customer less than the fixed price for any such performance unless the **Entertainer** notifies the **Club** in writing of any charges to her customers of a lower amount. Nothing in this Lease, however, limits **Entertainer** from receiving tips over-and-above the established price for such performances (**Entertainer** is not required to share her tips with anyone else). <u>THE PARTIES SPECIFICALLY ACKNOWLEDGE AND AGREE THAT ENTERTAINMENT FEES ARE NEITHER TIPS NOR GRATUITIES, BUT ARE, RATHER, MANDATORY CHARGES TO THE CUSTOMER AS THE PRICE FOR PURCHASING A PERSONAL ENTERTAINMENT PERFORMANCE.</u>

The **Club** permits the use of payment certificates purchased by patrons on credit and/or debit cards (referred to here as "Scrip," and in the **Club** as "Palladium Dollars"). **Entertainer** is under no obligation to use or accept Scrip. Scrip certificates have no cash redemption value.

For all Scrip certificates redeemed by **Entertainer**, the **Club** shall remit to **Entertainer** the sums set forth on Exhibit "A" to this Lease, which are calculated based upon: (1) The costs associated in administering the Scrip program; (2) the portion of the credit card transaction fees for the Scrip purchases allocated to the monies remitted to **Entertainer**; (3) an estimate of revenues remitted by the **Club** to **Entertainer** for fraudulent Scrip; and (4) the estimated credit card chargebacks allocated to the monies received by **Entertainer** through Scrip.

12. **Business Relationship of Parties.**

    A. **Entertainer** acknowledges that the **Club** has offered to hire her as an employee, but that she **REJECTED** that offer and desires, instead, to perform as an Independent Professional Entertainer under the terms of this Lease.

    B. The parties acknowledge that the business relationship created between them is that of the joint and non-exclusive leasing of certain parts of the **Premises** (meaning that other entertainers are also leasing parts of the **Premises** at the same time), and that this relationship is a material (meaning significant) part of this Lease. THE PARTIES SPECIFICALLY DISAVOW ANY EMPLOYMENT RELATIONSHIP BETWEEN THEM, and this **Lease** shall not be interpreted as creating an employer/employee relationship or any contract for employment. <u>ENTERTAINER UNDERSTANDS THAT THE CLUB WILL NOT PROVIDE TO HER ANY WAGE (WHETHER HOURLY OR OTHERWISE), OVERTIME PAY, EXPENSES, OR OTHER EMPLOYEE-RELATED BENEFITS</u>, and further acknowledges and agrees that she will not be covered by any non-legally mandated employee benefit programs by the **Club**, including but not limited to its medical plan, regardless of any judicial, administrative, or arbitration determination of **Entertainer's** work status with the **Club**.

    C. The **Club** and **Entertainer** acknowledge that if the relationship between them was that of employer and employee, the **Club** would be required to collect, and would retain, all **Entertainment Fees** paid by customers to **Entertainer** -- **ENTERTAINER SPECIFICALLY ACKNOWLEDGING THAT IN AN EMPLOYER/EMPLOYEE RELATIONSHIP ALL ENTERTAINMENT FEES WOULD BE, BOTH CONTRACTUALLY AND AS A MATTER OF LAW, THE <u>PROPERTY OF THE CLUB</u> AND <u>NOT</u> THE PROPERTY OF ENTERTAINER. ENTERTAINER'S RIGHT TO OBTAIN AND KEEP ENTERTAINMENT FEES IS SPECIFICALLY CONTINGENT UPON THE BUSINESS RELATIONSHIP OF THE PARTIES BEING THAT OF LANDLORD AND TENANT**.

    Under an employment relationship, **Entertainer** would be paid on an hourly basis at a rate equal to the applicable minimum wage, subject to all federal, state, and local tax withholding requirements. **Entertainer** would further be entitled to retain tips – *but not Entertainment Fees* – that she may collect, although she would be required to pay 25% of her tips into a "tip pool" that would be distributed to non-dancer regularly tipped employees.

    The parties additionally acknowledge that were the relationship between them to be that of employer/employee, **Entertainer's** employment would be "at will" (she could be fired at any time without cause and without prior warning), and the **Club** could control, among other things, **Entertainer's**: Work schedule and hours of work; job responsibilities; physical appearance (such as make-up, hairstyle, etc.); costumes/wearing apparel; music; work habits; the selection of her customers; the nature, content, character, manner and means of her performances; and her ability to perform at other locations. **ENTERTAINER REPRESENTS THAT SHE DESIRES TO BE ABLE TO MAKE ALL OF THESE CHOICES HERSELF, WITHOUT THE CONTROL OF THE CLUB, AND THE PARTIES AGREE THAT ALL SUCH DECISIONS ARE EXCLUSIVELY RESERVED TO HER CONTROL.**

    <u>ENTERTAINER FURTHER REPRESENTS THAT</u>

SHE DOES NOT DESIRE TO PERFORM AS AN EMPLOYEE OF THE CLUB UNDER THE TERMS OUTLINED ABOVE, BUT, RATHER, DESIRES TO PERFORM AS A TENANT CONSISTENT WITH THE OTHER PROVISIONS OF THIS LEASE.

D. If any court, tribunal, or governmental agency determines that the relationship between the parties is one of employment and that **Entertainer** is then entitled to the payment of wages from the **Club**, all of the following shall apply:

   i. In order to comply with applicable tax laws and to assure that the **Club** is not unjustly harmed and that **Entertainer** is not unjustly enriched by the parties having financially operated pursuant to this **Lease**, the parties agree that **Entertainer** shall surrender, reimburse and remit to the **Club**, all **Entertainment Fees** received by her during all periods in which the court, tribunal, arbitrator, or governmental agency finds her, to have been the employee of the **Club** (the "Reclassification Period") - all of which would otherwise have been collected and kept by the **Club** had they not been retained by **Entertainer** under the terms of this **Lease**;

   ii. **Entertainer** shall immediately remit to the **Club** 25% of all tips that she earned during the **Reclassification Period**, which shall be distributed to non-dancer regularly tipped employees, and shall provide to the **Club** a signed and legally complaint statement of all tip income earned by her during the Reclassification Period;

   iii. Any **Entertainment Fees** from the **Reclassification Period** that **Entertainer** does not return to the **Club** shall be deemed service charges paid by the customer and shall be accounted for by the **Club** as such. The **Club** shall then be entitled to a credit against any wages due in the amount of the **Entertainment Fees** retained by **Entertainer**, and such fees shall therefore constitute wages paid from the **Club** to **Entertainer**. In such circumstances, the **Club** shall immediately submit to the IRS and applicable state taxing authorities all necessary filings regarding such income; and

   iv. The relationship of the parties shall immediately convert to an employment arrangement under the terms in subparagraph 12(C).

E. If at any time **Entertainer** believes that, irrespective of the terms of this **Lease**, she is being treated as an employee by the **Club** or that her relationship with the **Club** is truly that of an employee, **Entertainer** shall immediately, **but in no event later than three business days thereafter**: i) provide notice to the **Club** in writing of her demand to be fully treated as an employee consistent with the terms of subparagraph 12(C) and applicable law; ii) begin reporting all of her tip income to the **Club** on a daily basis (such tip reporting being required of all regularly tipped employees); and iii) comply with her obligations under subparagraphs 12(D)(i) and (ii). The **Club** shall then convert **Entertainer** to an employee consistent with the provisions of subparagraph 12(C) of this **Lease** and the "Employee Status" provisions of the Business Status Selection by Entertainer document previously signed by **Entertainer**.

F. If at any time during this **Lease**, **Entertainer** desires to convert to being an employee-entertainer, **Entertainer** shall notify the **Club** of her desire in writing, and the **Club** shall thereafter convert her to an employee consistent with the provisions of subparagraph 12(C) of this **Lease** and the "Employee Status" provisions of the Business Status Selection by Entertainer document previously signed by **Entertainer**.

13. **Taxes**. **Entertainer** is exclusively responsible for, and shall pay, all federal, state, and local taxes and contributions imposed upon any income earned by **Entertainer** while performing on the **Premises**.

14. **Scheduling of Performance Dates**. **Entertainer** shall select the days, if any, and times that she desires to utilize the **Premises** (each such day being one "Show Date").

15. **Rent**. **Entertainer** shall pay rent ("Rent") to the **Club** in amounts stated on Exhibit "A," which shall be paid immediately upon completion of the **Show Date**.

16. **Material Breach by Club**. The **Club** materially breaches this **Lease** by failing to provide to **Entertainer** the leased portions of the **Premises** on any day she schedules, or by willfully violating any law or regulation governing the operation of the **Club**. The **Club** shall not be liable for any material breach due to acts of G-d or to any other cause beyond its reasonable control.

17. **Material Breach by Entertainer.** **Entertainer** materially breaches this **Lease** by:

   A. Failing to maintain any and all required licenses and/or permits;

   B. Willfully violating any laws or regulation while on the **Premises**;

   C. Failing to pay any **Rent** when due; or

   D. Claiming the business relationship with the **Club** as being other than that of a landlord and tenant.

18. **Termination/Breach**. Either party may terminate this **Lease**, without cause, upon thirty (30) days' notice. Upon material breach, the non-breaching party may terminate this **Lease** upon twenty-four (24) hours' notice, or as otherwise may be provided by law. Nothing in this paragraph, however, shall allow **Entertainer** to perform on the **Premises** without a valid license or permit, if applicable, or to continue to engage in conduct in violation of any laws or regulations.

19. **Severability**. If any provision of this Lease is declared to be illegal or unenforceable, this Lease shall, to the extent possible, be interpreted as if that provision was not a part of this Lease; it being the intent of the parties that such part be, to the extent possible, severable from this Lease as a whole. Nevertheless, in the circumstance of a judicial, arbitration, or administrative determination that the business relationship between **Entertainer** and the **Club** is something other than that of landlord and tenant, the relationship between **Entertainer** and the **Club** shall be governed by the provisions of subparagraphs 12(C) and 12(D).

20. **Governing Law**. This Lease shall be interpreted pursuant to the laws of the State of Florida, except as may be preempted by the Federal Arbitration Act.

21. <u>**ARBITRATION/WAIVER OF CLASS AND COLLECTIVE ACTIONS/ATTORNEY FEES AND COSTS**</u>.

    <u>NOTE</u>: PROCEEDINGS IN ADMINISTRATIVE AGENCIES, SUCH AS THE NATIONAL LABOR RELATIONS BOARD, THE DEPARTMENT OF LABOR, AND THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ARE <u>NOT</u> GOVERNED OR BARRED BY THE PROVISIONS IN THIS PARAGRAPH 21. <u>YOU MAY FILE ANY CLAIM YOU WANT WITH ANY ADMINISTRATIVE AGENCY</u>.

    IN ORDER TO RESOLVE DISPUTES THAT MAY ARISE OUT OF YOU PERFORMING AT THIS CLUB, THE CLUB HAS ESTABLISHED A PRIVATE "ARBITRATION" PROCESS SET OUT IN THIS SECTION 21. ARBITRATION IS SIMILAR TO A COURT PROCEEDING, BUT IT'S LESS FORMAL, LESS TIME-CONSUMING, AND CAN BE LESS EXPENSIVE THAN GOING TO COURT.

    THIS IS THE ARBITRATION PROCESS THAT WILL GOVERN FOR ANY NON-ADMINISTRATIVE DISPUTES:

    A. ANY CONTROVERSY, DISPUTE, OR CLAIM ARISING OUT OF, OR RELATING IN ANY WAY TO, THIS LEASE, ITS TERMINATION, ENTERTAINER PERFORMING AND/OR WORKING AT THE CLUB AT ANY TIME, OR THE TERMINATION OF SUCH PERFORMANCES OR WORK (COLLECTIVELY IN THIS PARAGRAPH 21, A "CLAIM" OR "CLAIMS"), SHALL BE RESOLVED EXCLUSIVELY BY <u>BINDING ARBITRATION</u> IN ACCORDANCE WITH THE FEDERAL ARBITRATION ACT (THE "F.A.A.").

    THIS REQUIREMENT TO ARBITRATE ANY AND ALL NON-ADMINISTRATIVE CLAIMS APPLIES REGARDLESS OF WHETHER SUCH A CLAIM IS BASED UPON CONTRACT, TORT OR OTHER COMMON LAW, STATUTE, REGULATION, ORDINANCE, OR OTHERWISE, AND REGARDLESS OF WHETHER A CLAIM BY ONE PARTY IS ONLY AGAINST THE OTHER PARTY OR IS AGAINST PERSONS OR ENTITIES ASSOCIATED IN ANY WAY WITH THE OTHER PARTY (INCLUDING BUT NOT LIMITED TO PAST, PRESENT, AND FUTURE OWNERS, DIRECTORS, MANAGERS, OFFICERS, EMPLOYEES, CONSULTANTS, LANDLORDS, LICENSORS AND/OR AGENTS, WITH EACH SUCH INDIVIDUAL AND ENTITY ALSO BEING CONSIDERED TO BE A "PARTY" FOR PURPOSES OF THIS PARAGRAPH 21).

    THE ARBITRATION PROCEEDING SHALL OCCUR IN THE STATE OF FLORIDA, AND SHALL BE ADMINISTERED BY AN INDEPENDENT NEUTRAL ARBITRATOR AGREED UPON BY THE PARTIES, WHO SHALL BE PERMITTED TO AWARD – SUBJECT ONLY TO THE RESTRICTIONS CONTAINED IN THIS PARAGRAPH 21 – ANY RELIEF AVAILABLE IN A COURT. <u>THE PARTIES WAIVE ANY RIGHT TO LITIGATE SUCH CLAIMS IN A COURT OF LAW, AND WAIVE THE RIGHT TO TRIAL BY JURY.</u>

    NO DEMAND FOR ARBITRATION MAY BE MADE AFTER THE DATE WHEN THE COMMENCEMENT OF LEGAL OR EQUITABLE PROCEEDINGS BASED ON SUCH A CLAIM WOULD BE BARRED BY THE APPLICABLE STATUTE OF LIMITATIONS.

    SUBJECT ONLY TO THE PROVISIONS OF THE F.A.A. AND THIS PARAGRAPH 21, THE ARBITRATOR SHALL HAVE EXCLUSIVE AUTHORITY TO RESOLVE ANY DISPUTES OVER THE FORMATION, VALIDITY, INTERPRETATION, AND/OR ENFORCEABILITY OF ANY PART OF THIS LEASE, INCLUDING THE ARBITRATION PROVISIONS CONTAINED IN THIS PARAGRAPH 21.

    <u>EACH PARTY SHALL INITIALLY BE RESPONSIBLE FOR THEIR OWN ATTORNEY FEES AND OUT-OF-POCKET COSTS ASSOCIATED WITH THE ARBITRATION PROCEEDING. THE ACTUAL COSTS OF ARBITRATION (THE ARBITRATOR'S FEES AND RELATED EXPENSES) SHALL BE BORNE EQUALLY BY THE ENTERTAINER AND THE CLUB UNLESS APPLICABLE LAW REQUIRES THE ARBITRATOR TO IMPOSE A DIFFERENT ALLOCATION.</u>

    EITHER PARTY MAY REQUEST AN ARBITRATOR EXPERIENCED IN THE ADULT ENTERTAINMENT INDUSTRY. THE PROCEEDINGS SHALL BE CONDUCTED IN ACCORDANCE WITH THAT LEVEL OF DUE PROCESS REQUIRED FOR ARBITRATIONS. <u>THE ARBITRATOR'S DECISION SHALL BE</u>

**FINAL, SUBJECT ONLY TO REVIEW UNDER THE F.A.A. OR AS PROVIDED FOR IN THIS PARAGRAPH 21.** ANY AWARD BY THE ARBITRATOR MAY BE ENTERED AS A JUDGMENT IN ANY COURT HAVING JURISDICTION.

B. ENTERTAINER AND THE CLUB AGREE THAT ANY AND ALL CLAIMS THAT THEY MAY HAVE AGAINST THE OTHER (AND/OR AGAINST ANY PERSONS OR ENTITIES ASSOCIATED WITH THE OTHER PARTY), SHALL BE BROUGHT AND MAINTAINED INDIVIDUALLY BY THAT PARTY IN ARBITRATION; THAT THEY WILL NOT CONSOLIDATE THEIR CLAIMS WITH THOSE OF ANY OTHER PERSON OR ENTITY; THAT THEY WILL NOT SEEK CLASS, COLLECTIVE, OR REPRESENTATIVE ACTION TREATMENT FOR ANY CLAIM; AND THAT THEY WILL NOT PARTICIPATE, IN ORDER TO RESOLVE A CLAIM, IN ANY CLASS, COLLECTIVE, OR REPRESENTATIVE ACTION AGAINST THE OTHER PARTY (AND/OR AGAINST PERSONS OR ENTITIES ASSOCIATED WITH THE OTHER PARTY).

ACCORDINGLY, THE ARBITRATOR SHALL NOT CONSOLIDATE MORE THAN ONE PERSON'S CLAIM, AND MAY NOT PRESIDE OVER ANY FORM OF REPRESENTATIVE, CLASS, OR COLLECTIVE PROCEEDINGS. IN THE EVENT AN ACTION IS BROUGHT IN ARBITRATION ON BEHALF OF MULTIPLE INDIVIDUALS AND/OR ENTITIES, THE ARBITRATOR SHALL HAVE ONLY THE AUTHORITY TO DIVIDE THE ACTION INTO INDIVIDUAL PROCEEDINGS; EACH THEN TO BE HEARD BY AN INDIVIDUAL ARBITRATOR.

SHOULD AN ARBITRATOR RULE ON WHETHER A MATTER MAY PROCEED AS A REPRESENTATIVE, CLASS OR COLLECTIVE ARBITRATION (A "SCOPE OF ARBITRATION RULING"), THE ARBITRATOR SHALL IMMEDIATELY STAY ALL PROCEEDINGS FOR A PERIOD OF THIRTY (30) DAYS FOLLOWING SUCH A RULING TO PERMIT ANY PARTY TO MOVE A COURT OF COMPETENT JURISDICTION TO CONFIRM OR VACATE THE SCOPE OF ARBITRATION RULING. IF, AT THE END OF SUCH 30 DAY PERIOD, NO PARTY HAS MOVED FOR JUDICIAL REVIEW, THE ARBITRATOR SHALL PROCEED WITH THE ARBITRATION. HOWEVER, IF ANY PARTY HAS SOUGHT JUDICIAL REVIEW DURING THAT PERIOD, THE ARBITRATION SHALL BE STAYED UNTIL THE RULING OF THE COURT AND THE CONCLUSION OF ANY AND ALL APPEALS FROM SUCH RULING.

IN THE EVENT THAT ANY PARTY IS MADE, AT ANY TIME, A MEMBER OF A CLASS IN ANY PROCEEDING BARRED BY THE PROVISIONS OF THIS PARAGRAPH 21(B), THE PARTY AGREES TO "OPT OUT" AT THE FIRST OPPORTUNITY.

C. IF AT ANY TIME THE PROVISIONS OF PARAGRAPH 21(B) THAT REQUIRE CLAIMS TO BE BROUGHT ONLY ON AN INDIVIDUAL BASIS ARE RULED TO BE UNENFORCEABLE, THEN THE ARBITRATION MAY PROCEED AS AN OPT IN COLLECTIVE ACTION GENERALLY UTILIZING THE PROCEDURES ADOPTED UNDER 29 U.S.C. § 216(b) OF THE FAIR LABOR STANDARDS ACT FOR DETERMINING THE PARTICIPANTS IN SUCH AN ACTION.

UNDER NO CIRCUMSTANCE SHALL AN ARBITRATION PROCEED ON A CLASS ACTION, OPT OUT, BASIS; THE PARTIES SPECIFICALLY INTENDING THAT IF CLASS ACTION PROCEEDINGS ARE DEEMED TO BE LEGALLY REQUIRED, THEN THEY AND ALL OTHER RELATED CLAIMS SHALL BE ADMINISTERED BY A COURT OF LAW.

D. SHOULD A PARTY SEEK EMERGENCY RELIEF TO PREVENT OR ABATE ALLEGED IRREPARABLE HARM AND THE PARTIES BE UNABLE TO AGREE TO AN ARBITRATOR WITHIN THREE (3) BUSINESS DAYS, THE PARTIES SHALL JOINTLY PETITION A COURT OF COMPETENT JURISDICTION FOR APPOINTMENT OF A NEUTRAL ARBITRATOR TO PRESIDE OVER THE REQUEST FOR EMERGENCY RELIEF.

E. IN THE EVENT THAT ANY PARTY CHALLENGES, OR IS REQUIRED TO INITIATE PROCEEDINGS TO ENFORCE, THE ARBITRATION REQUIREMENTS OF THIS PARAGRAPH 21, THE PREVAILING PARTY TO SUCH CHALLENGES/ENFORCEMENT PROCEEDINGS SHALL BE ENTITLED TO AN AWARD OF ALL COSTS, INCLUDING REASONABLE ATTORNEY FEES, INCURRED IN LITIGATING SUCH ISSUES.

F. ANY RULING ARISING OUT OF A CLAIM BETWEEN THE PARTIES SHALL, TO THE EXTENT NOT PRECLUDED BY LAW, AWARD COSTS INCURRED FOR THE PROCEEDINGS, INCLUDING REASONABLE ATTORNEY FEES, TO THE PREVAILING PARTY.

G. THE ARBITRATION PROVISIONS OF THIS PARAGRAPH 21 SUPERSEDE ANY PRIOR ARBITRATION AGREEMENT(S) ENTERED INTO BETWEEN THE CLUB AND THE ENTERTAINER.

ALL PORTIONS OF THIS PARAGRAPH 21 SURVIVE EXPIRATION, TERMINATION, AND/OR

CANCELLATION OF THIS LEASE.

22. **Superseding Effect.** The execution of the Lease by the parties shall terminate any similar lease or other similar contract currently in effect between parties.

This Lease is void if **Entertainer** is not of legal age. **Entertainer** specifically represents that she is of lawful age or older, that she has provided appropriate identification verifying her age, and that such identification is valid and authentic.

BY SIGNING THIS DOCUMENT, ENTERTAINER REPRESENTS THAT SHE HAS RECEIVED A COPY OF, AND HAS FULLY READ, THIS LEASE; THAT SHE UNDERSTANDS AND AGREES TO BE BOUND BY ALL OF ITS TERMS; THAT SHE IS UNDER NO DISABILITY THAT WOULD PRECLUDE HER FROM UNDERSTANDING THE TERMS OF THIS LEASE; THAT SHE HAS NOT BEEN COERCED, FORCED OR INTIMIDATED INTO SIGNING THIS LEASE; AND THAT SHE HAD OPPORTUNITIES TO BOTH ASK QUESTIONS REGARDING THIS LEASE'S CONTENT AND HAVE IT REVIEWED BY PERSONS OF HER CHOICE, INCLUDING BY ATTORNEYS AND ACCOUNTANTS.

"CLUB"
Gr Opco, LLC, d/b/a El1even, Miami

By: _____
(Signature)
_____
(Printed Name)

Its: _____
(Position)

Date: 7-14-17

"PREMISES"

29 NE 11th Street
Miami, Florida 33132

"ENTERTAINER"

_____
(Signature)

Destiny Shelton
(Printed Name)

Cataleya Mya
(Stage Name)

11413 SW 137 ps 9
(Street Address)

Miami FL, 33186
(City, State, Zip Code)

_____
(Entertainer's license/ Permit Number-if applicable)

_____
(Entertainer's I.D. Number)

Date: 7/14/2017

# EXHIBIT A

Pursuant to paragraph 11 of the Dancer Performance Lease entered into by **Entertainer** and the **Club**, the **Club** shall remit the following amounts on redemption of Palladium Dollars ("Scrip"):

    For a $10.00 denominated Scrip certificate: $9.00.
    For a $20.00 denominated Scrip certificate: $18.00.
    For a $100.00 denominated Scrip certificate: $90.00.

Pursuant to paragraph 15 of the Dancer Performance Lease entered into by **Entertainer** and the **Club**, **Entertainer** shall pay the following **Rents**:

A. **Minimum Rent:** The minimum **Rent** for each **Show Date** shall be as follows, based upon the number of full hours **Entertainer** is on the **Premises** in order to perform:

    1 Hour or Less: $300.00
    1 Hour 1 Minute to 2 Hours 59 Minutes: $250.00
    3 Hours to 3 Hours 59 Minutes: $200.00
    4 Hours to 4 Hours 59 Minutes: $125.00
    5 Hours to 5 Hours 59 Minutes: $75.00
    6 Hours or More: $35.00

B. **Additional Rent:**

1. **Stage Performances: Entertainer** shall pay additional **Rent** in the amount of $5.00 for each stage performance.

2. **Personal Performances:** For each personal entertainment performance engaged in by **Entertainer** for her customers, **Entertainer** agrees to pay as Additional **Rent**:

    $5.00 for a single topless performance, with a price of $30.00;
    $5.00 for a single nude performance, with a price of $40.00;
    $15.00 for a topless 3 for 1 performance, with a price of $100.00; and
    $25.00 for a nude 3 for 1 performance, with a price of 150.00.

All **Rents** due by **Entertainer** shall be paid to the **Club** no later than by the completion of the **Show Date** for which the **Rents** are due.

"CLUB"
Gr Opco, LLC d/b/a E11even, Miami

By: _[Signature]_ (Signature)

_[Printed Name]_ (Printed Name)

Its: _C.___ (Position)

Date: 7-14-17

"ENTERTAINER"

_Destiny Shelton_ (Signature)

_Destiny Shelton_ (Printed Name)

_Cataleya Mya_ (Stage Name)

Date: 7/14/2017

Page 1 of 1 (E11even.DPL.Ex.A.01.18.16)
July 2017

## BUSINESS STATUS SELECTION BY ENTERTAINER

As a result of our review of your application, interview, and audition, the Club would like to offer you the opportunity to perform here. There are different business arrangements under which you can perform, and we want **YOU** to make the decision as to the way that **YOU** want to perform at this Club. You can do so either as: 1) an INDEPENDENT PROFESSIONAL ENTERTAINER; or 2) an EMPLOYEE.

We have listed below some of the general distinctions between performing here as an Independent Professional Entertainer or as an Employee. This document is not intended to provide legal or tax advice, and is merely a summary of general information.

WE DO NOT, HOWEVER, WANT YOU TO MAKE ANY RASH OR UNINFORMED DECISIONS CONCERNING THE MATTERS SET OUT IN THIS DOCUMENT. YOU ARE ENCOURAGED TO CONSULT WITH ANY PERSONS OF YOUR CHOICE, INCLUDING ATTORNEYS, ACCOUNTANTS AND/OR TAX PROFESSIONALS, PRIOR TO MAKING THIS SELECTION. IN ADDITION, IF YOU WOULD LIKE TO SEE A COPY OF THE CONTRACT THAT THE CLUB USES FOR INDEPENDENT PROFESSIONAL ENTERTAINERS (CALLED A "DANCER PERFORMANCE LEASE") PRIOR TO MAKING YOUR DECISION, PLEASE JUST ASK AND WE WILL BE HAPPY TO PROVIDE YOU WITH A COPY TO REVIEW. FEEL FREE TO TAKE THESE DOCUMENTS HOME AND REVIEW THEM AT YOUR LEISURE BEFORE MAKING YOUR CHOICE.

After reviewing this information, we would like you to select the circumstances under which you want to perform at this Club. The Club management expresses **no opinion** on this matter, and we will be happy to have you perform here under **either** structure. This is **your choice** to make.

The Club will rely upon the selection you have made at the end of this document, and will offer you the opportunity to enter into the business arrangement that **YOU** selected.

Here are the general differences of the two distinct arrangements under which you can perform at this Club:

| **INDEPENDENT PROFESSIONAL ENTERTAINER STATUS** | **VS.** | **EMPLOYEE STATUS** |
|---|---|---|
| 1. As an Independent Professional Entertainer, you will enter into a written contract with the Club which will be for a certain period of time; which will specify in writing the rights, duties and obligations of both you and the Club; and which cannot be changed except upon the mutual agreement of both you and Club management. The Club will not be able to terminate your contract during the specified period except upon the limited reasons identified in the contract. | | 1. As an Employee, you will not have any contract with the Club. Rather, your employment will be "at will," meaning that your employment can be terminated by the Club or by you at any time, without cause and without prior notice. The Club will have the right to change the terms of your employment at its discretion at any time. |
| 2. As an Independent Professional Entertainer, all of your earnings will come directly from your customers. YOU WILL NOT RECEIVE ANY PAY FROM THE CLUB, EITHER BY WAY OF AN HOURLY WAGE OR A SALARY. You will charge your customers for your dance performances. The money that you receive from them, either by way of charges for entertainment ("Entertainment Fees") (discussed in number 4 below) or tips (discussed in number 3 immediately below), will be your money that you will be able to take home at the end of the day. You will, however, pay certain fees to the Club for having the right to perform here. You can review a copy of the contract that the Club uses in order to see the current amount of those fees. | | 2. As an Employee, you will be paid every other Friday on an hourly basis at a rate equal to the current applicable minimum wage. |
| 3. As an Independent Professional Entertainer, all tips that you earn (gratuities paid by a customer *over and above* the posted Entertainment Fees, as well as stage tips) are yours to keep. You will not be required to share your tips, or "tip out," to anyone. | | 3. You will be required to pay 25% of your tips (gratuities paid by a customer *over and above* the posted Entertainment Fees, as well as stage tips) into a "tip pool" that would be distributed to non-dancer regularly tipped employees. |

*DS-*

0137

E11even.BSD.Rev. July 2017

| INDEPENDENT PROFESSIONAL ENTERTAINER STATUS | VS. | EMPLOYEE STATUS |
|---|---|---|
| 4. As an Independent Professional Entertainer, the Entertainment Fees you charge your customers <u>belong to you</u>, and are <u>yours to keep</u>. | | 4. As an Employee, the Entertainment Fees you charge customers <u>belong to the Club</u>. You will have to turn them over to Management before the end of your entertainment performances. |
| 5. As an Independent Professional Entertainer, you will be responsible for taking care of and paying all taxes and other withholdings due on your income. | | 5. As an Employee, the Club will take out of your pay all taxes and other withholdings required by law. |
| 6. As an Independent Professional Entertainer, you keep track of your own income. You do not report your Entertainment Fees or tip income to the Club (although the Club will be tracking the Entertainment Fees that you earn). You can take tax deductions for travel, advertising, makeup, costumes, props, tanning, health clubs, cosmetic surgery, etc., as allowed by law. | | 6. As an Employee, you must, by law, report ALL of your tip income to the Club. You cannot deduct from your taxes the incidental expenses of your employment. In addition, the Club is required by law to pay to the IRS, out of the wages due to you, taxes owed on your tip income. If you make a substantial amount in tips, this could then result in your receiving a "zero" paycheck. If you have questions about this, consult an accountant. |
| 7. As an Independent Professional Entertainer, you may perform wherever you choose, and may perform at other clubs while you are under contract with this Club. | | 7. As an Employee, you will be prohibited from performing at other establishments that are in competition with the Club. |
| 8. As an Independent Professional Entertainer, <u>you</u> will decide what days and times you will perform at the Club. In addition, you can work as many hours per day as you desire, although you will receive no "overtime" pay from the Club. | | 8. As an Employee, <u>the Club</u> will select your schedule (both days and times). The Club will generally not permit you to work any "overtime" during any week. However, at the discretion of Management you may be required to work overtime, and you will be paid time and one-half for any excess hours that you work as required by law. |
| 9. As an Independent Professional Entertainer, whether you take any breaks, when you take your breaks, and the number and duration of any breaks, are totally up to you. The only restriction on your breaks is that you should not, obviously, take a break during your stage performances. | | 9. As an Employee, the Club will determine the time, number and duration of your breaks, consistent with state law. |
| 10. As an Independent Professional Entertainer, you will only work those days and weeks you select, so the amount of "vacation" time you can take is unlimited. However, you will not receive any paid vacation time. | | 10. As an Employee, you will be entitled to one week's paid vacation after one year of employment; two weeks' paid vacation after three years of employment; and three weeks' paid vacation after five years of employment. However, the time of your vacations must be approved by Management in advance. |
| 11. As an Independent Professional Entertainer, you can perform for whomever you choose, and can reject any customers you want. | | 11. As an Employee you will be required to perform for all customers. |
| 12. As an Independent Professional Entertainer, you will never be required by the Club to give "free" dances to anyone. | | 12. As an Employee, you may, at the direction of Management, be required to give "free" dances to certain customers. |
| 13. As an Independent Professional Entertainer, you will never be required to engage in any Club promotions or advertising. | | 13. As an Employee, you may be required to participate in various Club promotions and advertising both on and off the Club premises. |
| 14. As an Independent Professional Entertainer, you will have the freedom to choose your own costumes, and you will be required to provide your own costumes. | | 14. As an Employee, you will be required to wear the costumes selected by the Club. The Club will provide to you, free of charge, two costumes every two months and a pair of performance footwear every three months. |

El Ieven.BSD.Rev. July 2017

| INDEPENDENT PROFESSIONAL ENTERTAINER STATUS | VS. | EMPLOYEE STATUS |
|---|---|---|
| 15. As an Independent Professional Entertainer, you will determine your own appearance.<br><br>16. As an Independent Professional Entertainer, you will not be given any training. You will be expected to come to the Club with the necessary skills to perform as an exotic dancer. You may perform in any lawful manner of your own choosing and you will <u>not</u> have to meet any type of "performance standards" set by the Club.<br><br>17. As an Independent Professional Entertainer, if you are injured at the Club, you will not be covered by Workers' Compensation Insurance, but you can sue the Club, if it is at fault, and your only limits of recovery are those that may be imposed by state law.<br><br>18. As an Independent Professional Entertainer, you will not be entitled to unemployment compensation benefits either if your contract expires or if the Club terminates it early for any of the reasons listed in the agreement.<br><br>19. As an Independent Professional Entertainer, the Club will not offer you any form of health insurance.<br><br>20. By selecting Independent Professional Entertainer status, you will be acknowledging that you understand that you are not entitled to benefits under the Fair Labor Standards Act (minimum wage and overtime laws, among other things), the National Labor Relations Act, Equal Employment Opportunity laws, and other laws that protect employees.<br><br> D.S. | | 15. As an Employee, your appearance must comply with the Club standards. Management will tell you how to wear your hair, and how your makeup should look.<br><br>16. As an Employee, you will be required to undergo dancer training, you must perform consistent with the standards set in that training, and you will be expected to meet certain dance minimum quotas in order to be able to keep your job.<br><br>17. As an Employee, if you are hurt at work your sole recourse against the Club, under most circumstances, will be for "Worker's Compensation" benefits. You will not have to prove the Club was at fault, but you will be subject to the limits of that coverage.<br><br>18. As an Employee, if you are fired you may be entitled – if you have worked a sufficient period of time and satisfied other legal requirements – to unemployment compensation benefits. These benefits are for a fixed period of time and are set by law.<br><br>19. As an Employee, if the Club is at any time required to offer its employees health insurance, you may, but need not, accept such health insurance so long as you agree to pay the policy premiums up to a maximum of 8.0% of your total household income (wages *and* tips).<br><br>20. As an Employee, you will be entitled to certain legal protections under the Fair Labor Standards Act, the National Labor Relations Act Equal Employment Opportunity Act, and other laws that protect employees. You can find out about your rights as an employee by going to, among other places, the websites at www.dol.gov/esa/whd/flsa and www.stateofflorida.com, and/or by reviewing the employment law posters that are displayed in the Club (if you have any questions as to where they are located, please ask a manager and he or she will direct you to them). |

(THIS SPACE INTENTIONALLY LEFT BLANK)

El leven.BSD.Rev. July 2017



AFTER HAVING REVIEWED THE ABOVE AND HAVING CONSIDERED THESE MATTERS:

__D.S.__  I would like to apply to be an __Independent Professional Entertainer__

If you select to perform as an Independent Professional Entertainer, we want to be sure that you are aware of the significance of the choice you have made. Consequently, **DO NOT SIGN THIS DOCUMENT UNLESS YOU FULLY UNDERSTAND AND AGREE TO THE FOLLOWING STATEMENTS:**

By selecting to perform at this Club as an Independent Professional Entertainer, I acknowledge and represent that I have been afforded the opportunity to work at the Club as an employee-entertainer. However, after careful consideration I have willingly and intentionally chosen __NOT__ to do so. In fact, I specifically REJECT the offer of employment extended to me by the Club, and I DECLINE and REFUSE the opportunity to enter into the type of employment arrangement discussed here. I desire, instead, to perform as an Independent Professional Entertainer under the terms set out in this document. I have made this choice of my own free will, and no one has forced, coerced, or threatened me to make this selection.

Accordingly, I hereby **REJECT, DISAVOW, RENOUNCE AND REPUDIATE,** any and all benefits that employee status may provide to me and any and all obligations that it may impose upon me.

I further understand and agree that the Club will rely on the statements, acknowledgements, representations, and the choice, that I have made in this document.

_____  I would like to apply for a position as an __Employee entertainer__

_[signature]_
Entertainer's signature

_Destiny Shelton_
Entertainer's name (please print)

DATED: 7/14/2017

El1even.BSD.Rev. July 2017