UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-21839-Civ-COOKE/GOODMAN

DESTINY SHELTON,

    Plaintiff,

vs.

11USA GROUP, LLC, *a Florida Limited Liability Corporation doing business as* E11EVEN, *et al.*,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before me upon U.S. Magistrate Judge Jonathan Goodman's Report and Recommendations ("Report") (ECF No. 40) on Defendants' Motion to Compel Arbitration, to Stay Proceedings and to Dismiss Claims of Opt-In Plaintiffs. (ECF No. 15) and Defendants' Motion to Compel Arbitration and to Stay Proceedings Pending Arbitration (ECF No. 30) (collectively, the "Motions"), issued November 20, 2020. The Court referred the Defendant's Motions to Judge Goodman pursuant to 28 U.S.C. § 636(b)(1)(A). *See* ECF No. 32.

Judge Goodman recommends the Court compel arbitration of the claims brought by Destiny Shelton, Myah Knighton-Black, Naomi Smith, and Celina Konegan, and stay this case with respect to those specific Plaintiffs.[1] Additionally, Judge Goodman recommends that Judge Cooke deny Defendants' motion to dismiss the claims of the Opt-In Plaintiffs at this stage in the case. No party has objected to Judge Goodman's Report, and the time to do so has passed. After reviewing the Motions, Judge Goodman's Report, and the relevant legal authorities, the Court finds Judge Goodman's Report clear, cogent, and compelling.

---

[1] Judge Goodman also recommended the Court deny without prejudice the motion to compel arbitration against Opt-In Plaintiff Danielle Cruz. However, after Judge Goodman issued the Report, Danielle Cruz voluntarily dismissed her claims against Defendants. ECF No. 42. Accordingly, the Defendants' Motion to Compel as to Ms. Cruz is moot.

1

Accordingly, Judge Goodman's Report (ECF No. 40) is **AFFIRMED and ADOPTED** as an Order of this Court. It is hereby **ORDERED and ADJUDGED** as follows:

1. The Court **GRANTS in part** Defendants' Motion to Compel Arbitration, to Stay Proceedings and to Dismiss Claims of Opt-In Plaintiffs. (ECF No. 15) and Defendants' Motion to Compel Arbitration and to Stay Proceedings Pending Arbitration (ECF No. 30);
2. The Court compels arbitration of the claims brought by Destiny Shelton, Myah Knighton-Black, Naomi Smith, and Celina Konegan;
3. This case is **STAYED** pending arbitration;
4. The Clerk shall **CLOSE** this case; and
5. The parties shall file a joint status report in 90 days. Within (7) days of the completion of arbitration, the parties shall file a motion to reopen this case.

**DONE and ORDERED** in chambers, at Miami, Florida, this 11th day of December 2020.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*