UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-21839-RAR

**DESTINY SHELTON,** *individually and on behalf of all others similarly situated,*

    Plaintiff,

v.

**11USA GROUP, LLC,**
*a Florida Limited Liability Corporation doing business as* E11EVEN, *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Plaintiffs' Notice of Voluntary Dismissal with Prejudice [ECF No. 60] ("Notice"), filed on May 11, 2023.  The Court having reviewed the Stipulation, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each party to bear its own costs and attorneys' fees except as otherwise provided in the Settlement Agreements, [ECF No. 54], and this Court's Order Approving Settlement, [ECF No. 59].  The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 11th day of May, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**